In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00359-CR
_____

**RYAN ROY CARREON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 260th District Court**
**Orange County, Texas**
**Trial Cause No. D-120585-R**

**MEMORANDUM OPINION**

On June 17, 2014, Ryan Roy Carreon filed a notice of appeal from a sentence imposed on May 7, 2014. We notified the parties that the notice of appeal did not appear to have been timely filed. Carreon filed a response but failed to establish that he filed a notice of appeal within the time permitted for perfecting his appeal. *See* Tex. R. App. P. 26.2(a). We lack jurisdiction to consider the merits of the appeal. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). Accordingly, we dismiss the appeal for lack of jurisdiction.

1

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on September 30, 2014
Opinion Delivered October 1, 2014
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.